IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00343-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL MELKIN BANEGAS-PACHECO,

    Defendant.

---

**ORDER**

---

This matter is before the Court on Motion for Downward Variance [Docket No. 25] filed by defendant *pro se* on February 8, 2012. When a defendant is represented by counsel, this court will not accept *pro se* filings from that defendant. *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005). In this case, the defendant is represented by counsel. As a result, defendant's pleading is improper. Therefore, it is

ORDERED that the Motion for Downward Variance [Docket No. 25] is STRICKEN.

DATED February 10, 2012.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge